UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA HARRIS,

      Plaintiff,

v.

JUDGE MARGARET NOE,
in her official capacity,

      Defendant.
_____/

Case No. 08-11755
Honorable Patrick J. Duggan

## **JUDGMENT**

Plaintiff filed this declaratory judgment action after Defendant, formerly a Lenawee County Probate Court Judge, terminated Plaintiff as her secretary. Defendant has filed a motion for summary judgment which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 17, 2009

                        s/PATRICK J. DUGGAN
                        UNITED STATES DISTRICT JUDGE

Copies to:
Cynthia L. Reach, Esq.
Beth M. Rivers, Esq.